**FILED**

MAR 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA  08 CR 1137 L

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Eustolio ENCINAS-Armenta (1),<br><br>Raymundo ANDRADE-Zamora (2),<br><br>　　　　　Defendants. | ) Mag. Case No. '08 MJ 8267<br>) <u>COMPLAINT FOR VIOLATION OF:</u><br>)<br>) Title 8, U.S.C., Section 1324<br>) (a)(1)(A)(ii) -Illegal Transportation of<br>) Alien(s)<br>)<br>)<br>)<br>)<br>) |

The undersigned complainant, being duly sworn, states:

On or about March 27, 2008, within the Southern District of California, defendant Eustolio ENCINAS-Armenta and Raymundo ANDRADE-Zamora, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Eduardo MENDEZ-Hernandez, Armando PUGA-Perez and Tehonoxtli MARTINEZ-Aguilar had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached statement of facts which, is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 28th DAY OF MARCH 2008.

_____
Peter C. Lewis
United States Magistrate Judge

Page 1

UNITED STATES OF AMERICA
            v.
Eustolio ENCINAS-Armenta (1)
Raymundo ANDRADE-Zamora (2)

## STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending U. S. Border Patrol Agents that on March 27, 2008, Eustolio ENCINAS-Armenta and Raymundo ANDRADE-Zamora, natives and citizens of Mexico, were apprehended near Calexico, California, as the drivers of a blue 1994 Nissan Altima, bearing California license 4VEJ701 and a brown 1989 Mazda MPV, bearing California license 4CGV119 as they smuggled ten (10) undocumented aliens in violation of law.

At approximately 10:55 a.m., Remote Video Surveillance Operators (RVSO) advised agents of individuals running north from Drop 5. RVSO maintained constant visual of the individuals and advised agents that they were loading into two vehicles, a blue Altima and a brown van on Carr Road. At this point, the two vehicles began to travel into separate directions. The brown van continued eastbound on Carr Road and the blue Altima went westbound on Carr Road.

Border Patrol Agents Brown, Cortes and Sheppard pulled behind the brown van traveling Eastbound on Carr Road. The brown van slowed down on Highway 98 between Menville Road and Highway 7, and abruptly turned north off of Highway 98 and drove into a ditch, where the vehicle came to a stop.

BPA Sheppard observed an individual in the driver position, wearing a green and white striped shirt and shorts, exit the vehicle via the driver door. The individual started running north into an open field. The five other occupants exited the vehicle on the passenger side of the vehicle and began to run north into the same open field. BPA's identified themselves as United States Border Patrol Agents and made contact with the five individuals. BPA Sheppard conducted a field interview with the five subjects. During the interview, all five subjects were determined to be citizens and nationals of Mexico illegally in the United States. BPA Sheppard placed the five subjects under arrest. BPA Ernesto Calderon responded to the area and followed

the driver, north of the field, and identified himself as a United States Border Patrol Agent. BPA Calderon performed an immigration interview with the driver, later identified as Eustolio ENCINAS-Armenta. During the interview ENCINAS was determined to be a citizen and national of Mexico illegally in the United States. BPA Calderon placed ENCINAS under arrest.

At approximately the same time of the apprehension of the brown van, Border Patrol Agent Curnoles was able to locate the blue Altima traveling westbound on Carr Road and pulled behind it as it turned northbound on Barbara Worth Road. The vehicle continued westbound onto Highway 98. BPA Curnoles was able to see the driver of the Altima wearing a green shirt as he turned on to Highway 98. After turning northbound onto Cole Road, the vehicle pulled off to the side of the road on its own. BPA Curnoles approached the Altima and saw the individual wearing a green shirt, in the driver position of the vehicle. BPA Curnoles identified himself as a United States Border Patrol Agent and conducted an interview on the six subjects in the vehicle. All of the subjects were determined to be citizens and nationals of Mexico illegally in the United States. The driver Raymundo ANDRADE-Zamora was in possession of a valid Border Crossing Card with the expiration date of 05/30/2011. All of the subjects were placed under arrest.

BPA Cortez advised ENCINAS of his Miranda Rights, this was witnessed by BPA Brown. ENCINAS stated that he entered the United States by walking across the border. ENCINAS stated that he and some other people got into a raft and floated across some water. ENCINAS stated he agreed to drive the van for a lesser fee. ENCINAS stated he was instructed to go to a 'second stoplight' where he was to meet someone and follow their car to an unknown location where he would wait to go to Los Angeles.

Material Witnesses Eduardo MENDEZ-Hernandez, Armando PUGA-Perez and Tehonoxtli MARTINEZ-Aguilar claimed to be a citizens and nationals of Mexico. MENDEZ, PUGA and MARTINEZ stated that they made arrangements to be smuggled into the United States with an unknown person in Mexicali, Mexico. MENDEZ and PUGA stated that they agreed to pay $2,300-2,500 to be smuggled to Los Angeles, California. MARTINEZ stated the driver told him that the he would tell him how much he would have to pay later.

MENDEZ and PUGA were shown a six-pack photo lie-up and identified photo #2, as the driver of the mini van. Photo #2 is a photo of ENCINAS. MARTINEZ was shown a photo lineup of six individuals and identified ANDRADE, photo #1, as the driver.

The complainant states that the names of the Material Witnesses are as follows:

| **NAME** | **PLACE OF BIRTH** |
|---|---|
| Eduardo MENDEZ-Hernandez | Mexico |
| Armando PUGA-Perez | Mexico |
| Tehonoxtli MARTINEZ-Aguilar | Mexico |

Further, complainant states that Eduardo MENDEZ-Hernandez, Armando PUGA-Perez, and Tehonoxtli MARTINEZ-Aguilar are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.