1  **GREGORY T. MURPHY**
California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Eustolio Encinas-Armenta

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ8267-01 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| EUSTOLIO ENCINAS-ARMENTA, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Tamara D. DeHaan
dehaanesq@cox.net;

Wendy S. Gerboth
wendysgerboth@hotmail.com; and

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:     April 7, 2008         /s/ Gregory T. Murphy
                                 **GREGORY T. MURPHY**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Eustolio Encinas-Armenta