

FILED

APR 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1137-L |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., |
| EUSTOLIO ENCINAS-ARMENTA (1), RAYMUNDO ANDRADE-ZAMORA (2), | ) | Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| Defendants. | ) | |

The United States Attorney charges:

On or about March 27, 2008, within the Southern District of California, defendants EUSTOLIO ENCINAS-ARMENTA and RAYMUNDO ANDRADE-ZAMORA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Eduardo Mendez-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 10, 2008 .

                                    KAREN P. HEWITT
                                    United States Attorney

                                    _John J. Weis  Eo_

                                    DOUGLAS KEEHN
                                    Assistant U.S. Attorney

WDK:psd:Imperial
4/10/08