AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| EUSTOLIO ENCINAS-ARMENTA (1) | CASE NUMBER: 08 MJ 8267 |
| | 08CR1137-L |

I, EUSTOLIO ENCINAS-ARMENTA, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 4-10-2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Encinas Armenta Eustolio_
Defendant

_signature_
Defense Counsel

Before _signature_
Judicial Officer

**FILED**
APR 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ef DEPUTY